United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10179
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CECILIO CONTRERAS-SANCHEZ, also known as
Celcilio Ramon Contreras-Sanchez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:04-CR-51-All
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Cecilio Contreras-Sanchez has requested leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Contreras-Sanchez has filed a response.

Our independent review of counsel's brief, Contreras-Sanchez's response, and the record discloses no nonfrivolous issue. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.